**FILED**

July 23, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001975299

2

John W. Reger, Trustee
280 Hemsted, Suite #C
Redding, CA 96002
Phone (530) 224-9939

UNITED STATES BANKRUPTCY COURT

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                    Case No. 07-23925-B-7
LEGG, DANNY                      Chapter 7
LEGG, JACQUELINE
Debtor(s)

NOTICE OF INTENT TO SELL EQUITY IN ASSETS

NOTICE IS GIVEN that the Trustee, John W. Reger, has filed this NOTICE OF INTENT TO SELL EQUITY IN ASSETS in the above-entitled proceeding.

Grounds: The Trustee has determined that potential non-exemptable equity in a rental property located at 5696 Sawmill Rd., Paradise, Ca., owned by the debtors has an estimated value to the estate of $4,700.00. The debtors wish to retain their equity in this asset and are willing to buy back the equity at the rate of at least $250.00 per month, commencing August 5, 2009, and continuing on the 1st day of each month for a period of 13 months. At that time the total balance will be due and payable. The debtors will sign and record a promissory note and deed of trust regarding this contract. The Trustee feels this is fair to all concerned. All other exemptions will stand as noted on the debtors' petition.

BE ADVISED that you have the right to object to this agreement by serving written notice on the Clerk of the United States Bankruptcy Court, 501 I Street, Sacramento, California, 95814. You must also serve

notice on Trustee John W. Reger, 280 Hemsted, Suite #C, Redding, CA. 96002. ANY objections to the Trustee's Intent must be filed on or before August 21, 2009. If an objection is filed, a Court hearing will be heard before the Honorable **Thomas C. Holman**, Bankruptcy Judge. The hearing would be held in Sacramento, California and you will be advised of the date and time to appear. If there are no objections, the agreement will be approved.

Local Rule 9014 of the United States Bankruptcy Court for the Eastern District of California prescribes the procedures to be followed and any objections to the requested relief, or a request for hearing on this matter must be filed and served on the undersigned with in twenty days from the mailing of this notice.

Furthermore, the request for hearing or objection must be accompanied by any declarations or memoranda of law that the party objecting or requesting wishes to present in support of its position. If there is not a timely objection to the proposed sale, or a request for hearing, the Trustee will file his Report of Sale with the Court.

Not all information on file with the Court in this case or set forth in the motion is set forth in this notice, and any interested party desiring further particulars, may review the Court's file in this case or the motion, at the Office of the Clerk, U.S. Courthouse, 501 I Street, Sacramento, CA 95814.

Date: 7/23/2009                                    /s/John W. Reger

                                                   JOHN W. REGER