FILED
August 24, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002041953

John W. Reger, Trustee
280 Hemsted, Suite #C
Redding, CA 96002
Phone (530) 224-9939

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>LEGG, DANNY<br>LEGG, JACQUELINE<br>Debtor(s) | Case No. 07-23925-B<br><br>Chapter 7 |

REPORT OF SALE

On July 23, 2009, the Trustee served notice of all creditors, that an agreement had been made to allow the Debtor(s) to buy back the equity in his/her rental property located at 5696 Sawmill Road, Paradise, California.

The last day for opposition or request for hearing to be filed was August 21, 2009

The Trustee did not receive any request for hearing or opposition to sales. Pursuant to the Notice dated, July 23, 2009 said sale is considered consummated.

I declare under penalty that the foregoing is true and correct.

/s/ John W. Reger

Dated: August 24, 2009                     JOHN W. REGER, TRUSTEE