JAN P. JOHNSON
Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001

FILED
NOV - 5 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 07-23925-B-3J |
| ) | |
| DANNY LEGG, ) | TRUSTEE'S NOTICE OF |
| JACQUILINE LEGG, ) | UNCLAIMED FUNDS |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

JAN P. JOHNSON, Chapter 13 Trustee, herewith submits check number 169535 of which $4.39, represents the total amount of unclaimed funds in the above captioned bankruptcy estate. This sum is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The intended recipient(s) of these funds is as follows:

///

///

///

1

| CLAIM NUMBER | NAME/ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| Debtor Refund | 5700 Sawmill Road<br><br>Paradise, CA 95969 | | **4.39** |

TOTAL CHECK: $4.39

Dated: October 28, 2009

_____
Jan P. Johnson, Chapter 13 Trustee